IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY CARL McDADE, #174070, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-cv-547-TMH |
| | ) [wo] |
| JUDGE TRACY STEWART | ) |
| McCOOEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On August 20, 2012, the Magistrate Judge filed a Recommendation that this case be dismissed without prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915 (e)(2)(B)(i)-(iii). (Doc. 7). No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice. A Judgment in favor of the Defendants shall be forthcoming.

DONE this 14th day of September, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE